**Opinion issued August 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00542-CV

———————————

**CONNIE RANGE, Appellant**

**V.**

**AMERICAN EXPRESS CENTURION BANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1095947**

---

## MEMORANDUM OPINION

Appellant, Connie Range, has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Bland, and Lloyd.